Robert W. Simms and William B. Thompson, Plaintiffs in Error, vs. Wells A. Thompson, Defendant in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

John E. Hartridge, for Robert W. Simms; Frank W. Pope, for William B. Dawson.

Fleming & Fleming, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*